IDA M. HOFF, Appellant, *v.* NASSAU ELECTRIC RAILROAD
COMPANY, Respondent.

Reported below, 181 App. Div. 883.

(Submitted April 22, 1918; decided April 30, 1918.)

MOTION for leave to withdraw an appeal from a judg-
ment entered upon an order of the Appellate Division of
the Supreme Court in the second judicial department,
made November 2, 1917, reversing a judgment in favor
of plaintiff entered upon a verdict and granting a
new trial in an action to recover for personal injuries
alleged to have been sustained through the negligence of
defendant.

The motion was made upon the ground that the
. appeal was inadvertently taken.

*Edward Snyder* for motion.

*Harold L. Warner* opposed.

Motion granted on payment of costs and ten dollars costs of motion, otherwise denied, with ten dollars costs.